No. 82–432. LOCAL NO. 82, FURNITURE & PIANO MOVING, FURNITURE STORE DRIVERS, HELPERS, WAREHOUSEMEN & PACKERS, ET AL. *v.* CROWLEY ET AL. C. A. 1st Cir. [Certiorari granted, 459 U. S. 1168.] Motion of respondents to limit questions presented for review and/or to dismiss the writ as improvidently granted denied.

No. 82–486. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 610, AFL–CIO, ET AL. *v.* SCOTT ET AL. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1034.] Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted.

No. 82–502. PALLAS SHIPPING AGENCY, LTD. *v.* DURIS. C. A. 6th Cir. [Certiorari granted, 459 U. S. 1014.] Motion of Local 1291 et al. for leave to file a brief as *amici curiae* granted.

No. 82–524. BALTIMORE GAS & ELECTRIC CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC.;
No. 82–545. UNITED STATES NUCLEAR REGULATORY COMMISSION ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and
No. 82–551. COMMONWEALTH EDISON CO. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 459 U. S. 1034.] Motion of Limerick Ecology Action, Inc., et al. for leave to file a brief as *amici curiae* granted. JUSTICE POWELL took no part in the consideration or decision of this motion.